IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PALDO SIGN AND DISPLAY COMPANY, an Illinois corporation, individually and as the representative of a class of similarly-situated persons, )<br><br>Plaintiff, )<br><br>v. )<br><br>TOPSAIL SPORTSWEAR, INC., )<br><br>Defendant. ) | No. 08-CV-5959<br><br>Hon. Matthew F. Kennelly |

### DECLARATION OF ANDREW BARNETT

ANDREW BARNETT, being first duly sworn on oath, deposes and states as follows:

1. That I have personal knowledge of the facts and matters alleged herein and can competently testify to same.

2. That I am an employee of PROFAX, Inc., 20 Max Avenue, Hicksville, NY 11801, and was responsible for conducting a fax broadcast requested by the law firm of Anderson + Wanca.

3. That attached hereto as Exhibit A is a true and correct copy of the document that was requested to be sent by fax.

4. That on or about August 18, 2011, I was provided a list of 10,352 fax numbers to send Exhibit A by fax.

5. That on or about August 18, 2011, PROFAX, Inc. sent Exhibit A to each of the fax numbers. 6,633 transmissions were successful and 3,719 transmissions failed. Of those fax numbers that failed, the fax broadcasting software attempted the transmission at least three times.

6. That on or about August 19, 2011, PROFAX, Inc. sent Exhibit A to each of the 3,719 fax numbers that failed on August 18th. Of those, 578 transmissions were successful. Of those fax numbers that failed, the fax broadcasting software attempted the transmission at least three times.

7. I declare under penalty of perjury that the foregoing is true and correct.

_____
Andrew Barnett

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PALDO SIGN AND DISPLAY COMPANY, an Illinois corporation, individually and as the representative of a class of similarly-situated persons,<br><br>    Plaintiff,<br><br>v.<br><br>TOPSAIL SPORTSWEAR, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) No. 08 CV 5959<br>)<br>) Hon. Matthew F. Kennelly<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2011, I electronically filed the *Declaration of Andrew Barnett* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

            s/Ryan M. Kelly
            Ryan M. Kelly
            One of Plaintiff's Attorneys

Brian J. Wanca
Ryan M. Kelly
ANDERSON + WANCA
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
Telephone: 847/368-1500

Phillip A. Bock
BOCK & HATCH, LLC
134 N. LaSalle Street, Suite 1000
Chicago, IL 60602
Telephone: 312/658-5500