IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PALDO SIGN AND DISPLAY COMPANY**, an Illinois corporation, individually and as the representative of a class similarly-situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> **TOPSAIL SPORTSWEAR, INC.**, <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 08-5959 ) ) ) |

**TOPSAIL SPORTWEAR, INC.'S PROOF OF COMPLIANCE WITH THE NOTICE REQUIREMENT OF THE CLASS ACTION FAIRNESS ACT**

Defendant Topsail Sportswear, Inc., ("Topsail"), by its undersigned counsel, hereby submits this proof of compliance with the notice requirement of the Class Action Fairness Act, 28 U.S.C. § 1715(b), pursuant to the order of the Court dated August 9, 2011. Topsail certifies that, on or about August 7, 2001, it served by U.S. Mail a letter concerning the settlement of this action upon the U.S. Attorney General and the Attorney General of each state in which Topsail has information that a putative class member may reside (the "Notices"). (See Declaration of Stephanie W. Tipton ¶ 3, attached hereto as Exhibit A.) The Notices enclosed the following material:

1. The complaint;
2. The proposed settlement;
3. The proposed class notices; and
4. The motion for approval and its associated order.
5. Notice of hearing set for December 11, 2011 at 9:30 a.m.

(Id. at ¶3.) The Notices provided Topsail's estimate of each putative class

1

member's proportionate share of the settlement and, where Topsail believed it was feasible, identified the putative class members believed to be residing in each state. (Id. at ¶4.)

DATED: November 18, 2011          Respectfully submitted,

**TOPSAIL SPORTSWEAR, INC**.

By:    /s/ Stephanie W. Tipton
        Attorney for Defendant

Stephanie W. Tipton (Attorney No. 06270738)
Laura L. Milnichuk (Attorney No. 06286880)
Litchfield Cavo LLP
303 West Madison Street
Suite 300
Chicago, Illinois 60606-3309
(312) 781-6636
(312) 781-6630 Fax

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **PALDO SIGN AND DISPLAY COMPANY**, an Illinois corporation, individually and as the representative of a class similarly-situated persons, <br><br> Plaintiffs, <br><br> vs. <br><br> **TOPSAIL SPORTSWEAR, INC**., <br><br> Defendant. | ) ) ) ) ) ) ) ) Case No. 08-5959 ) ) ) ) |

### DECLARATION OF STEPHANIE W. TIPTON

I, Stephanie W. Tipton, an attorney, hereby declare the following:

1. I am over eighteen years of age, have personal knowledge of the matters set forth herein and, if called as a witness, could competently testify thereto.

2. I am a partner at the law firm of Litchfield Cavo LLP ("Litchfield"), which represented TOPSAIL SPORTSWEAR, INC., ("Topsail") in the above-captioned matter.

3. On or about Thursday, August 11, 2011, Litchfield served by U.S. mail a letter referencing the proposed settlement of this action upon the U.S. Attorney General and the Attorney General of each state in which we have information that a putative class member may reside (the "Notices"). The Notices enclosed the following material:

    1. The complaint;
    2. The proposed settlement;
    3. The proposed class notices; and
    4. The motion for approval and its associated order.
    5. Notice of hearing set for December 7, 2011 at 9:30 a.m.

4. The Notices provided Topsail's estimate of each putative class member's proportionate share of the settlement and, where Topsail believed it was feasible, identified the putative class members believed to be residing in each state.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: November 18, 2011

By: _____
Stephanie W. Tipton

## CERTIFICATE OF SERVICE

I, the undersigned, state that on November 18, 2011, I served a true and correct copy of this Defendant Topsail's Proof of Compliance with the Notice Requirement of the Class Action Fairness Act on the parties listed below, via.

<u>Via Facsimile</u>: 1-847-368-1501

Brian J. Wanca
Anderson & Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008

<u>Via Facsimile</u>: 312-658-5555

Phillip A. Bock
Diar & Bock, LLC
134 N. LaSalle St., Suite 1000
Chicago, IL 60602

☒ With the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

☐ Personal service

☐ U.S. mail, by depositing it in the U.S. mail at 303 West Madison Street, Chicago, Illinois at or before 5:00 p.m., with proper postage prepaid to the address listed above.

☐ Overnight delivery to the address listed above.

☐ Facsimile machine from Chicago, Illinois, to the telephone numbers listed above.

By: /s/ Stephanie W. Tipton
One of Its Attorneys

Stephanie W. Tipton (06270738)
Laura L. Milnichuk (Attorney No. 06286880)
LITCHFIELD CAVO, LLP
303 West Madison Street, Suite 300
Chicago, IL  60606
312-781-6622 (Becker)
312-781-6636 (Tipton)
312-781-6630 (fax)